August 26, 2005

Mr. Steven Joseph Blanco
Delgado, Acosta, Braden & Jones, P.C.
221 North Kansas, Suite 2000
El Paso, TX 79901-1440
Mr. John P. Mobbs
4157 Rio Bravo
El Paso, TX 79902

RE: Case Number: 02-1185
 Court of Appeals Number: 08-01-00217-CV
 Trial Court Number: 2000-118

Style: YSLETA INDEPENDENT SCHOOL DISTRICT
 v.
 GUSTAVO MONARREZ AND JOSE RODRIGUEZ

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause as reinstated. The
court of appeals' opinion is ordered published.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Hector Enriquez|
| |Jr. |
| |Ms. Denise Pacheco |